FILED
JAN 29 2008
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CR. NO. 2:08CR18-SRW |
| ) | (18 U.S.C. 13 and Code of |
| ) | Alabama, Sec. 13A-9-13.1) |
| EDNA K. LUCAS            ) | |
| ) | |
| ) | **INFORMATION** |

The United States Attorney charges:

### COUNT ONE

On or about the 17th day of November 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, EDNA K. LUCAS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 145, dated 17 November 2006, made payable to the Army and Air Force Exchange Services in the amount of $36.09, drawn on the account of EDNA K. LUCAS, at Community Bank, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

### COUNT TWO

On or about the 18th day of November 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, EDNA K. LUCAS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 147, dated 18 November 2006, made payable to the Army and Air Force Exchange Services in the amount of $380.67, drawn on the account of EDNA K. LUCAS, at Community Bank, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

### COUNT THREE

On or about the 28th day of November 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, EDNA K. LUCAS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 602, dated 28 November 2006, made payable to the Army and Air Force Exchange Services in the amount of $381.94, drawn on the account of EDNA K. LUCAS, at Hospital System Credit Union, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT FOUR

On or about the 24th day of November 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, EDNA K. LUCAS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 928, dated 24 November 2006, made payable to the Army and Air Force Exchange Services in the amount of $461.56, drawn on the account of EDNA K. LUCAS, at Wachovia Bank, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT FIVE

On or about the 25th day of November 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, EDNA K. LUCAS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 929, dated 25 November 2006, made payable to the Army and Air Force Exchange Services in the amount of $439.99, drawn on the account of EDNA K. LUCAS, at Wachovia Bank, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT SIX

On or about the 26th day of November 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, EDNA K. LUCAS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 933, dated 26 November 2006, made payable to the Army and Air Force Exchange Services in the amount of $467.17, drawn on the account of EDNA K. LUCAS, at Wachovia Bank, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT SEVEN

On or about the 27th day of November 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, EDNA K. LUCAS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 934, dated 27 November 2006, made payable to the Army and Air Force Exchange Services in the amount of $426.22, drawn on the account of EDNA K. LUCAS, at Wachovia Bank, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT EIGHT

On or about the 28th day of November 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, EDNA K. LUCAS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the

following tenor and description: Check number 937, dated 28 November 2006, made payable to the Army and Air Force Exchange Services in the amount of $300.00, drawn on the account of EDNA K. LUCAS, at Wachovia Bank, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT NINE

On or about the 28th day of November 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, EDNA K. LUCAS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 938, dated 28 November 2006, made payable to the Army and Air Force Exchange Services in the amount of $183.73, drawn on the account of EDNA K. LUCAS, at Wachovia Bank, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT TEN

On or about the 29th day of November 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, EDNA K. LUCAS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 941, dated 29 November 2006, made payable to the Army and Air Force Exchange Services in the amount of $381.94, drawn on the account of EDNA K. LUCAS, at Wachovia Bank, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

LEURA CANARY
United States Attorney

*/s/ Kent Brunson*
KENT BRUNSON
Assistant United States Attorney
P. O Box 197
Montgomery, AL 36101-0197
Telephone: 334-223-7280
Fax: 334-223-7135

*/s/ Christopher D. James*
CHRISTOPHER D. JAMES
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786
Fax: 334-953-2787

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | **AFFIDAVIT** |
| COUNTY OF MONTGOMERY | ) | |

The undersigned, being first duly sworn, deposes and says:

I, EDWARD L. McINTYRE, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On 30 January 2007, I notified another store detective, Robert Smith, to report to the Air Force Office of Special Investigations that EDNA K. LUCAS had written ten insufficient fund checks at the AAFES Base Exchange located on Maxwell AFB, Alabama. The following checks were returned for insufficient funds:

1. Check No. 145, made payable to the Army Air Force Exchange Services, dated 17 November 2006, in the amount of $461.56, signed by EDNA K. LUCAS.

2. Check No. 147, made payable to the Army Air Force Exchange Services, dated 18 November 2006, in the amount of $380.67, signed by EDNA K. LUCAS.

3. Check No. 602, made payable to the Army Air Force Exchange Services, dated 28 November 2006, in the amount of $43.45, signed by EDNA K. LUCAS.

4. Check No. 928, made payable to the Army Air Force Exchange Services, dated 24 November 2006, in the amount of $461.56, signed by EDNA K. LUCAS.

5. Check No. 929, made payable to the Army Air Force Exchange Services, dated 25 November 2006, in the amount of $439.99, signed by EDNA K. LUCAS.

6. Check No. 933, made payable to the Army Air Force Exchange Services, dated 26 November 2006, in the amount of $467.17, signed by EDNA K. LUCAS.

7. Check No. 934, made payable to the Army Air Force Exchange Services, dated 27 November 2007, in the amount of $426.22, signed by EDNA K. LUCAS.

8. Check No. 937, made payable to the Army Air Force Exchange Services, dated 28 November 2007, in the amount of $300.00, signed by EDNA K. LUCAS.

9. Check No. 938, made payable to the Army Air Force Exchange Services, dated 28 November 2007, in the amount of $183.73, signed by EDNA K. LUCAS.

10. Check No. 941, made payable to the Army Air Force Exchange Services, dated 29 November 2007, in the amount of $381.94, signed by EDNA K. LUCAS.

The total amount of the checks, including the insufficient funds check fees, written by EDNA K. LUCAS from 17 November 2006 through 29 November 2006 was $3038.88.

Subscribed and sworn to before me in my Presence, this 28 day of January 2008, a Notary Public in and for the County of Montgomery State of Alabama

_(Signature)_   Notary Public

expires 19 July, 2009

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

_____
EDWARD L. McINTYRE