IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 2:08cr18-SRW** |
| ) | |
| **EDNA K. LUCAS** ) | |

### MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information without prejudice heretofore filed in the above styled cause on the grounds, to wit:  in the interest of justice.

Respectfully submitted this the 17th day of February, 2009.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher D. James
CHRISTOPHER D. JAMES
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
334-953-2786

### CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of February, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.

/s/ Christopher D. James
CHRISTOPHER D. JAMES
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
334-953-2786